**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 113 MM 2023

           Respondent          :

                  v.              :

GAVIN PENNOCK,                 :

           Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of January, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.